PER CURIAM.
Affirmed. See Johnson v. State, 60 So.3d 1045 (Fla.2011); Brooks v. State, 969 So.2d 238 (Fla.2007); Henry v. State, 933 So.2d 28 (Fla. 2d DCA 2006); Bizzell v. State, 912 So.2d 386 (Fla. 2d DCA 2005); Carpenter v. State, 884 So.2d 385 (Fla. 2d DCA 2004); Shortridge v. State, 884 So.2d 321 (Fla. 2d DCA 2004); Allen v. State, 976 So.2d 1189 (Fla. 5th DCA 2008); *104 Williams v. State, 907 So.2d 1224 (Fla. 5th DCA 2005).
KELLY, BLACK, and SALARIO, JJ., Concur.